DUPLICATE

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| TPI HOLDINGS, INC., et al. | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. |
| JOHN SCHOCH | ) |
| Defendant | ) 1 09-cv-0844 |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

John Schoch
1741 Corporate Landing Parkway
Virginia Beach, Virginia 23454

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Judith A. Powell
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4530

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
Name of clerk of court

Date: 30 MAR 2009

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

*1*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>John Schoch</u>, by:

(1) personally delivering a copy of each to the individual at this place, <u>1741 Corporate Landing Parkway, Virginia Beach, VA 23454</u>; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>0.00</u>.

Date: <u>April 24, 2009</u>

_____
Server's signature

ML Q ATTORNEY SERVICES
2000 RIVEREDGE PARKWAY NW
SUITE 885
ATLANTA, GA 30328
1-800-446-8794

Server's address



**22471**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| TPI HOLDINGS, INC., ET AL | ) Case No.: 1 09-CV-0844 |
| | ) |
| | ) Court Date:  at |
| Plaintiff | ) |
| v. | ) |
| JOHN SCHOCH | ) ATTY: |
| | ) Judith A Powell |
| | ) 1100 Peachtree Street, Suite 2800 |
| Defendant | ) Atlanta, GA 30309 |

## AFFIDAVIT OF SERVICE

I, DANIEL WOOD, a Private Process Server, being duly sworn deposes and says, I have been duly authorized to make service of the documents listed herein in the above titled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

Document(s): SUMMONS IN A CIVIL CASE, CIVIL COVER SHEET, CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT, COMPLAINT, EXHIBITS A TO J
Serve to: JOHN SCHOCH
Service Address: 1741 CORPORATE LANDING PARKWAY, VIRGINIA BEACH, VA 23454

Date Served: APRIL 24, 2009   Time Served: 12:35 PM
Method of Service: PERSONAL - HAND DELIVERY

Person Served: JOHN SCHOCH  Capacity: INDIVIDUAL
How Known: the person so served identified him or herself to Deponent as such.
Description: Gender: Male   Race/Skin: W   Hair: Brown   Glasses: No   Age: 40's   Height: 5'9   Weight: 170

Address Served: 1741 CORPORATE LANDING PARKWAY, VIRGINIA BEACH, VA 23454

Comments:

Under penalties of perjury, I declare that I have read the foregoing Return of Service and that the facts stated in it are true.


Daniel Wood

ID: 09-008914



Commonwealth/State of Virginia, City/County of Virginia Beach
SUBSCRIBED and SWORN to before me, a Notary Public on
This 24 day of April, 2009
Clare Elizabeth Wallace
Notary Public
My Commission expires: 6/30/11   Reg. # (if any) 7093944

22471

Client Reference: 22471